# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTINNA SWEARINGEN, Individually and For Others Similarly Situated,** ) ) ) ) | |
| Plaintiff, ) ) | **Case No. 3:22-cv-03242** |
| v. ) ) ) | |
| **WEXFORD HEALTH SOURCES INC.,** ) ) | |
| Defendant. ) | |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE
## <u>PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE</u>

PLEASE TAKE NOTICE that Christinna Swearingen ("Named Plaintiff"), on behalf of herself and others similarly situated, Plaintiffs, and Defendant Wexford Health Sources, Inc., ("Defendant") (collectively the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate and agree to dismissal with prejudice all claims asserted in the above-entitled Action and request that this Action be dismissed with prejudice. In support of this joint stipulation, the Parties represent:

1.    The Court has jurisdiction over the claims asserted in the Civil Action and over the Parties to the Civil Action.

2.    The Parties jointly agree to file this Stipulation to Dismissal with Prejudice.

3.    This Stipulation to Dismissal is binding on Named Plaintiff, Plaintiffs and Defendant.

WHEREFORE, the Parties respectfully request that this Court enter the enclosed proposed agreed Order submitted with this stipulation as an Order of Court and dismiss the Action with prejudice.

277668681

Respectfully submitted,

/s/ *Kimberly S. Moore*
Kimberly S. Moore
Texas State Bar No. 00784629
Admitted pro hac vice
ksmoore@clarkhill.com

CLARK HILL PLC
2600 Dallas Parkway
Suite 600
Frisco, TX 750349
469.287.3922
469.227.6563 Fax

Timothy R. Herman
ARDC #6301721
therman@clarkhill.com

CLARK HILL PLC
130 East Randolph Street
Suite 3900
Chicago, IL 60601
(312) 985-5950
F: (312) 985-5574

*Attorneys for Defendant Wexford Health
Sources, Inc.*

Dated June 27, 2024

/s/ *Alyssa White*
Alyssa White
awhite@mybackwages.com

Ian Justice
ijustice@mybackwages.com

JOSEPHSON DUNLAP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile

Maureen A Salas
msalas@flsalaw.com

Douglas M. Werman
dwerman@flsalaw.com

WERMAN SALAS PC
77 W Washington Street, Suite 1402
Chicago, IL 60602
312-419-1008 – Telephone
312-419-1025 – Facsimile

Richard J Burch
rburch@brucknerburch.com

BRUCKNER BURCH PLLC
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
Fax: 713-877-8065 – Facsimile

*Attorneys for Named Plaintiff and Plaintiffs*

2

277668681

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the foregoing **JOINT STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE** has been served upon counsel of record via the Court's CM/ECF system this 27th day of June, 2024.

/s/ *Kimberly S. Moore*
Kimberly S. Moore

277668681